IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-107-1H

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTONIO CLARENCE DAUGHTRIDGE, )<br>)<br>Defendant. ) | **ORDER** |

The court hereby SCHEDULES this matter for an evidentiary hearing on Defendant's motion to suppress on **February 22, 2017, at 10:00 a.m.** at the United States Courthouse Annex in Greenville.

This 30th day of January 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge