IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-107-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO CLARENCE DAUGHTRIDGE, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's second motion to suppress [DE #81]. Following an evidentiary hearing on April 3, 2018, United States Magistrate Judge Kimberly A. Swank entered a memorandum and recommendation (M&R) on May 21, 2018, recommending defendant's second motion to suppress be granted.

No objections to the M&R have been filed, and the time for doing so has expired. This matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is in accordance with the law and should be approved. Accordingly, the court hereby adopts the recommendation of the magistrate judge as its own; and, for the reasons stated therein, the defendant's motion to suppress [DE #81] is hereby GRANTED.

This 10th day of July 2018.

Malcolm J. Howard
Senior United States District Judge