# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Clarence Daughtridge**      **Docket No. 5:16-CR-107-1M**

### Petition for Action on Supervised Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Clarence Daughtridge, who, upon a plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 12, 2019, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Antonio Clarence Daughtridge was released from custody on October 25, 2024, at which time the term of supervised release commenced.

On November 21, 2024, this case was reassigned to the Honorable Richard E. Myers II, Chief U.S. District Judge.

On November 26, 2024, a Violation Report was submitted advising the court of THC use. Daughtridge admitted to THC use and was referred to treatment.

On January 28, 2025, a Violation Report was submitted advising the court that the defendant attempted to circumvent a drug screen. A subsequent legitimate sample was confirmed positive for marijuana use. Daughtridge completed substance abuse assessments at a local treatment provider and has been engaged in treatment. The urinalysis defeating device was destroyed.

On May 16, 2025, a Violation Report was submitted advising the court that the defendant committed the misdemeanor offense of Driving While License Revoked – Not Impaired Revocation in Cumberland County, North Carolina (25CR13027). No action was requested by the court.

On May 23, 2025, a Violation Report was submitted advising the court that the defendant committed the misdemeanor offense of Driving While License Revoked – Not Impaired Revocation in Wake County, North Carolina (25CR25004). No action was requested by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 4, 2025, the defendant committed the misdemeanor offense of Driving While License Revoked – Not Impaired Revocation in Wake County, North Carolina (25CR56802). This matter remains pending in Wake County District Court. Daughtridge admitted to driving again without a proper license. As a sanction for his conduct, it is respectfully recommended that the defendant be ordered to complete 8 hours of community service. This sanction seeks to deter Daughtridge from driving without a proper license while encouraging him to proceed through the legal channels to obtain his license, which he is eligible to do. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Antonio Clarence Daughtridge
Docket No. 5:16-CR-107-1M
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: December 2, 2025

ORDER OF THE COURT

Considered and ordered this 4th day of December, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge